THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARBUCKS CORPORATION, a Washington corporation<br><br>            Plaintiff,<br><br>   vs.<br><br>ADT SECURITY SERVICES, INC., a Delaware corporation,<br><br>            Defendant. | Civil Action No. 08-0900-JCC<br><br>ORDER GRANTING LEAVE TO FILE STARBUCKS CORPORATION'S AMENDED COMPLAINT |

    THE COURT, having considered plaintiff Starbucks Corporation's unopposed motion for leave to amend its currently filed complaint (Dkt. Nos. 21, 30), the files and pleadings in this case, and being fully advised in the premises, now, therefore, it is hereby

    ORDERED that plaintiff Starbucks be, and the same hereby is, granted leave to file within seven days of this order its amended complaint substantially in the form attached as Exhibit A to its motion.

    DATED this 10th day of March, 2009.

*/s/ John C. Coughenour*
_____
John C. Coughenour
United States District Judge

ORDER GRANTING LEAVE TO FILE
STARBUCKS CORPORATION'S AMENDED
COMPLAINT (NO. C08-0900JCC) – 1

18177-0151/LEGAL15121930.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

s/ James F. Williams
James F. Williams, WSBA #23613
Penny Fields, WSBA #36024
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206-359-8000
Fax: 206-359-9000
JWilliams@perkinscoie.com
PFields@perkinscoie.com

Attorneys for Plaintiff Starbucks Corporation

ORDER GRANTING LEAVE TO FILE
STARBUCKS CORPORATION'S AMENDED
COMPLAINT (NO. C08-0900JCC) – 2
18177-0151/LEGAL15121930.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000